# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-0629

_____

BANNY RUIZ,

    Appellant,

    v.

GENERAL ASPHALT CO./ZURICH
AMERICAN INSURANCE COMPANY,

    Appellees.

_____

On appeal from the Office of the Judges of Compensation Claims.
Wilbur W. Anderson, Judge.

Date of Accident: November 17, 2019.

August 20, 2024

PER CURIAM.

    DISMISSED.

B.L. THOMAS, ROWE, and NORDBY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Lindsay Koppelman of Morgan & Morgan, Miami, and Randall Porcher of Morgan & Morgan, Tallahassee, for Appellant.

Hinda Klein and Jesse Craig Dyer of Conroy Simberg, Hollywood, for Appellees.